**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MEGHAN DECKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 1:24-cv-01506** |
| **v.** | § | |
| | § | |
| **MARRIOT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

**A. INTRODUCTION**

1. Plaintiff is Meghan Decker; Defendants are Marriott International, Inc., and Starwood Hotels & Resorts Worldwide LLC.

2. Plaintiff sued Defendants for Disability Discrimination (ADA), Title VII Sex Discrimination, Sexual Harassment, Retaliation, FMLA violations, COBRA violations, Negligence and Defamation.

3. The Joint Scheduling Order states that an ADR Report must be submitted to the court on May 27, 2026.

**B. STATUS OF ALTERNATIVE DISPUTE RESOLUTION**.

4. The Plaintiff contacted the Defendants by email on March 27, April 9, and April 22, 2026 in an attempt to schedule ADR with the Defendants.

5. The Parties spoke on the phone on April 24, 2026 and agreed to engage in settlement negotiations before scheduling mediation.

6. The Plaintiff submitted a written settlement offer to the Defendants on May 1, 2026.

7. The Defendants rejected the Plaintiff's offer on May 13, 2026; the Defendants made a counter offer.

8. The Parties were not able to reach an agreement.

9. No further ADR is planned, however, the Parties are amenable to mediation.

Respectfully Submitted,

*/s/ Meghan Decker*
Meghan Decker (appearing *Pro Se*)
1705 Emilie Ln., Apt. B
Austin, Texas 78731
(808) 829-0006
me.decker26@gmail.com

**PLAINTIFF**

*/s/ Kevin S. Little*
Kevin S. Little
State Bar No. 24070155
klittle@fordharrison.com
**FordHarrison LLP**
1221 McKinney Street, Suite 4100
Tel.: (713) 832-2903
Fax: (713) 832-2998

*-and-*

Buena Vista Lyons
State Bar No. 00797630
vlyons@fordharrison.com
Carli L. Smith
State Bar No. 24140036
clsmith@fordharrison.com
**FordHarrison LLP**
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Tel. (214) 256-4700
Fax: (214) 256-4701

**ATTORNEYS FOR DEFENDANTS MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed the foregoing *Joint Report on Alternative Dispute Resolution* with the Clerk of Court, using the CM/ECF system that will send notification of such filing to all parties of record.

*/s/ Kevin S. Little*
Kevin S. Little